### STATE OF CONNECTICUT *v.* ROBERT DIXON

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 1 (AC 28587), is denied.

*Ruth Daniella Weissman,* special public defender, in support of the petition.

*Richard K. Greenalch, Jr.,* special deputy assistant state's attorney, in opposition.

Decided June 11, 2009

### MARK RYAN *v.* COMMISSIONER OF CORRECTION

The petitioner Mark Ryan's petition for certification for appeal from the Appellate Court, 114 Conn. App. 331 (AC 29680), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Mary H. Trainer,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided June 11, 2009